# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NANCY E. CIPRIANI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. |
| | ) 1:19-cv-03424-MLB-LTW |
| BED, BATH & BEYOND, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ANSWER TO COMPLAINT

Defendant Bed, Bath & Beyond, Inc., ("Defendant"), by and through its undersigned counsel, answers Plaintiff's Complaint ("Complaint") as follows:

## CLAIMS AND JURISDICTION

1. Admitted, but Defendant denies that Plaintiff is entitled to any remedy or relief.

2. Admitted.

## PARTIES

3. Admitted.

4. Admitted that Plaintiff has listed the address for Defendant's location where she is currently employed.

## LOCATION AND TIME

5. Not applicable.

6. Denied.

## ADMINISTRATIVE PROCEDURES

7. Defendant admits only that Plaintiff filed a Charge of Discrimination with the EEOC on or about June 3, 2019.

8. Defendant is without knowledge or information sufficient to form a belief as to the date(s) when Plaintiff received a Notice of Right-to-Sue from the EEOC.

9. Not applicable.

10. Not applicable.

11. Not applicable.

## NATURE OF CASE

12. Denied.

13. Denied.

14. Denied.

15. Admitted.

16. Denied.

17. Defendant admits that Plaintiff has requested a jury trial.

## REQUEST FOR RELIEF

Defendant denies that Plaintiff is entitled to any remedy or relief.

## AFFIRMATIVE AND OTHER DEFENSES

### FIRST DEFENSE

Plaintiff's Complaint is barred, in whole or in part, to the extent Plaintiff failed to timely exhaust all applicable administrative remedies or otherwise satisfy all conditions precedent and/or statutory and jurisdictional prerequisites to suit.

### SECOND DEFENSE

Plaintiff is not covered by the Americans with Disabilities Act.

### THIRD DEFENSE

All actions affecting Plaintiff and/or the terms or conditions of her employment were taken for legitimate, non-discriminatory reasons and, as such, did not violate any legal rights possessed by Plaintiff.

### FOURTH DEFENSE

At all times, Defendant acted in accordance with and in good faith compliance of federal and state law.

### FIFTH DEFENSE

Plaintiff's claims may be barred, in whole or in part, by the after-acquired evidence defense.

## SIXTH DEFENSE

Because Plaintiff's Complaint is phrased in conclusory terms, Defendant cannot fully anticipate all defenses that may be applicable to this action. Accordingly, Defendant reserves the right to amend or add any additional defenses or affirmative defenses or counterclaims which become known during the course of this action.

WHEREFORE, having fully answered the Complaint, Defendant respectfully requests that:

- A. Judgment be entered in its favor and Plaintiff's claims be dismissed with prejudice;

- B. Judgment be entered against Plaintiff and in favor of Defendant for all attorneys' fees and costs incurred in this action; and

- C. Defendant have and recover such other and further relief as the Court may deem just and proper.

Respectfully submitted this 22nd day of August, 2019.

/s/ C. Todd Van Dyke
C. Todd Van Dyke
Georgia Bar No. 723420
Todd.vandyke@jacksonlewis.com
Sapna K. Jain
Georgia Bar No. 680949
Sapna.Jain@jacksonlewis.com

JACKSON LEWIS P.C.
171 17th Street NW, Suite 1200
Atlanta, Georgia 30363
Telephone: (404) 525-8200
Fax: (404) 525-1173

ATTORNEYS FOR DEFENDANT

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| NANCY E. CIPRIANI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. |
| | ) 1:19-cv-03424-MLB-LTW |
| BED, BATH & BEYOND, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I certify that on August 22, 2019, I electronically filed the foregoing **ANSWER TO COMPLAINT** with the Clerk of the Court using the CM/ECF system and have served a copy of same via U.S. Mail on the following:

> Nancy E. Cipriani
> 1421 Frontier Drive
> Sugar Hill, Georgia 30518

> */s/   C. Todd Van Dyke*
> C. Todd Van Dyke
> Georgia Bar No. 723420